**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JOSE LUIS SANCHEZ-DELGADO | CRIMINAL ACTION<br>NO. 17-00320-1 |

### ORDER

**AND NOW**, this 15th day of March 2021, upon consideration of Jose Luis Sanchez-Delgado's Motion to Vacate, Set Aside or Correct Sentence pursuant to 28 U.S.C. § 2255 (ECF 312, 314), the Government's Response (ECF 326) and Sanchez-Delgado's Reply (ECF 331), and following an evidentiary hearing (ECF 384), it is hereby **ORDERED** that Sanchez-Delgado's Motion is **DENIED** and a **certificate of appealability SHALL NOT** issue.  The clerk of court shall mark this case **CLOSED** for statistical purposes.

BY THE COURT:

*/s/ Gerald J. Pappert*
GERALD J. PAPPERT, J.